[ORAL ARGUMENT SCHEDULED FOR APRIL 5, 2018]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner-Appellee,<br><br>    v.<br><br>JAMES N. MATTIS, in his official capacity as SECRETARY OF DEFENSE,<br><br>    Respondent-Appellant. | No. 18-5032 |

## NOTICE OF FILING SEALED BRIEF FOR APPELLANT, SEALED SUPPLEMENT TO APPENDIX, AND EX PARTE SUPPLEMENT TO APPENDIX

Counsel hereby provides notice that Appellant filed a Brief for Appellant, Supplement to the Appendix, and Ex Parte Supplement to the Appendix under seal by hand-delivering an original and six copies, in paper form, to the clerk's office. The Sealed Brief for Appellant and the Supplement to the Appendix was served via FedEx on all parties entitled to receive the material under seal. *See* Circuit Rule 47.1(e)(2).

On February 16, 2018, Appellant filed a public version of the Brief for Appellant, as well as a public version of the Appendix, with sealed material redacted, via the Court's Appellate CM/ECF system.

        Respectfully submitted,

        /s/    Matthew M. Collette

        _____

        MATTHEW M. COLLETTE
         (202) 514-4214

        /s/    Sonia M .Carson

        _____

        SONIA M. CARSON
         (202) 616-8209
         <u>Attorneys, Appellate Staff,</u>
         <u>Civil Division, Room 7234,</u>
         <u>Department of Justice</u>
         <u>950 Pennsylvania Avenue, N.W.,</u>
         <u>Washington, D.C.  20530-0001</u>

February 16, 2018

## CERTIFICATE OF SERVICE

I certify that on February 16, 2018, I electronically filed the foregoing notice with the Clerk of Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

                                                  s/ Sonia M. Carson
                                                  SONIA M. CARSON