# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 18-5032**　　　　　　　　　　　　　　　September Term, 2017

1:17-cv-02069-TSC

Filed On: April 27, 2018 [1728423]

John Doe,

　　　　Appellee

　　v.

James Mattis, in his official capacity as
Secretary of Defense,

　　　　Appellant

-----------------------------

Consolidated with 18-5110

　　**BEFORE:**　　Circuit Judges Henderson*, Srinivasan, and Wilkins

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 27, 2018 at 9:34 a.m. The cause was heard as case No. 1 of 1 and argued before the Court in both public and closed sessions by:

　　James M. Burnham (DOJ), counsel for Appellant.

　　Jonathan Hafetz, counsel for Appellee.

*Judge Henderson will consider this case based on the audio recording of oral argument.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Joseph A. D'Agostino
　　　　　　　　　　　　　　　　　　　　Deputy Clerk